229 So.2d 112

**STATE of Louisiana ex rel.
Dolphus L. DULIN**

v.

**C. Murray HENDERSON, Warden, Louisiana
State Penitentiary, et al.**

**No. 50273.**

Dec. 18, 1969.

In re: Dolphus L. Dulin applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory or original jurisdiction.

229 So.2d 112

**Frank J. D'AMICO**

v.

**Joseph C. CANIZARO.**

**No. 50195.**

Dec. 19, 1969.

In re: Joseph C. Canizaro applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 226 So.2d 547.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.